**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| AMANDA MOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | NO. 1:18-CV-00605-CAP |
| v. | ) | |
| | ) | |
| CITY OF MILTON, GEORGIA | ) | |
| and CHARLES IVY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff Amanda Mowell, by and through her counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby dismisses the above-captioned action and all claims asserted against all defendants herein, with prejudice, to which defendants stipulate and agree, with each party bearing their own attorneys' fees and costs.

Respectfully submitted, this 30th day of September 2020.

**/s/Lisa C. Lambert**
Lisa C. Lambert
Georgia Bar No.142135
Attorney for Plaintiff

**/s/Matthew H. Bennett**
MATTHEW H. BENNETT
Georgia Bar No. 123408
Attorney for Defendant Charles Ivy

245 N. Highland Avenue
Suite 230-139
Atlanta, Georgia 30307
Telephone: 404-556-8759
Email: lisa@civil-rights.attorney

**/s/ G. Brian Spears**
G. BRIAN SPEARS
Georgia Bar No. 670112
Attorney for Plaintiff

**SPEARS & FILIPOVITS, P.C.**
1126 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
Telephone: (404) 872-7086
Email: bspears@brianspearslaw.com

**BENNETT LAW OFFICE, LLC**
1012 Memorial Drive, Suite 13
Griffin, Georgia 30223
Telephone: (678) 688-3554
Facsimile: (678) 688-3555
Email: mhb@bennettlawofficellc.com

**/s/Harvey S. Gray**
HARVEY S. GRAY
Georgia Bar No. 305838
Alex M. Joseph
Georgia Bar No. 590921
Attorneys for Defendant
City of Milton, Georgia

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7376 (Gray)
Telephone: (404) 870-7389 (Joseph)
Facsimile: (404) 870-7374
Email: hgray@grsmb.com
Email: ajoseph@grsmb.com

## CERTIFICATE OF COMPLIANCE

The undersigned, in accordance with L.R. 7.1 and 5.1(C) hereby certifies that the type font used herein is 14-Point Times New Roman.

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed a copy of the foregoing Stipulation Of Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will automatically send a service copy via electronic notification upon all counsel of record.

This 30th day of September 2020.

**Lisa C. Lambert**
Lisa C. Lambert
Georgia Bar No. 142135